# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PBA LOCAL 183, DOLORES M. PALADINO and MARISOL PAGAN, | **CONSOLIDATED ACTIONS** |
| Plaintiffs, | |
| v. | **Civil Action No. 17-06962 (SRC)** |
| COUNTY OF ESSEX, | |
| Defendant. | |
| PBA LOCAL 183, STEVEN SALVATORIELLO, CARMELO VINCI, MICHAEL TESEI and ROBERT SUTTON, | |
| | **Civil Action No. 19-13296 (SRC)** |
| Plaintiffs, | |
| v. | |
| COUNTY OF ESSEX, | **ORDER** |
| Defendant. | |

**CHESLER**, District Judge

This matter having come before the Court on the following: a motion for leave to amend the complaint filed by Plaintiffs PBA Local 183, Dolores Paladino and Marisol Pagan [ECF 36]; a cross-motion to dismiss the complaint and enforce settlement filed by Defendant County of Essex [ECF 46]; and a motion to dismiss the complaint filed by Defendant County of Essex [ECF 46]; and the Court having reviewed the papers submitted in connection with these motions; and the Court opting to rule on the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 15th day of October, 2019,

1

**ORDERED** that Plaintiff's motion for leave to amend the complaint [ECF 36] be and hereby is **DENIED**; and it is further

**ORDERED** that Defendant's motion to dismiss the complaint and enforce settlement [ECF 46] be and hereby is **DENIED**; and it is further

**ORDERED** that Defendant's motion to dismiss the complaint [ECF 46] be and hereby is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), Counts Three and Four of the Complaint filed in Civil Action No. 19-13296 are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that any claims brought under New Jersey's Conscientious Employee Protection Act that are predicated on the issuance of the 2016 General Order are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that any claims brought under the Fair Labor Standards Act's anti-retaliation provision, 29 U.S.C. § 215(a)(3), that are predicated on the issuance of the 2016 General Order are **DISMISSED WITH PREJUDICE**.

                   s/ Stanley R. Chesler
                STANLEY R. CHESLER
                United States District Judge